UNITED STATES of America,
Plaintiff-Appellee

v.

Lonnie Lee ROTENBERRY, also known as "Throwed Off",
Defendant-Appellant

No. 16-11546
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed February 23, 2018

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Lonnie Lee Rotenberry, Pro Se

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Lonnie Lee Rotenberry has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Rotenberry has filed a response. We have reviewed the *Anders* briefs and the relevant portions of the record reflected therein, as well as Rotenberry's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.